NICHOLAUS LORENZEN, Respondent, v. NEW YORK DOCK RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MAURICE W. METZLER, Respondent, v. ISAAC REGENSBURG, Appellant.— Judgment, amended judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

MINNIE V. PITTS, Respondent, v. WILLIAM H. PITTS, Appellant, and Others, Defendants.— Interlocutory judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that the finding of the trial justice that the property in question was transferred to the appellant in trust for the defendants and Sarah Pardee, is not supported by the evidence. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CACCIATORA, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.  .

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SOLOMON COHEN, Principal, Defendant. EQUITABLE SURETY COMPANY, Surety, Respondent.— Order of the County Court of Kings county, dated February 18, 1927, vacating an order of said court dated January 6, 1927, and reinstating its order of August 23, 1926, which latter order directed, among other things, that the comptroller of the city of New York return to the Equitable Surety Company the sum of $2,565.10, reversed upon the law, with ten dollars costs and disbursements, and motion for reinstatement of said order of August 23, 1926, denied, with ten dollars costs. We are of opinion that the Equitable Surety Company had no right to the return of the money paid in satisfaction of the judgment upon the surrender of the accused. (Code Crim. Proc. § 598.)* Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SHERMAN, Appellant.— Judgment of conviction of the Court of Special Sessions reversed upon the law, information dismissed, and defendant discharged, upon the ground that the facts proved do not constitute the crime of petit larceny. Young, Kapper, Lazansky and Hagarty, JJ., concur; Kelly, P. J., dissents.